UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOMNI, INC., | |
| Plaintiff(s), | 23 Civ. 10338 (DEH) |
| v. | **ORDER** |
| CT MEDIA, LLC, | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On January 23, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 1, 2024, at 11:30 a.m. EST**. ECF No. 13. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order, as well as the requested settlement referral, will issue separately.

SO ORDERED.

Dated: January 23, 2024
New York, New York

_____
DALE E. HO
United States District Judge