UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOMNI, INC., <br><br> Plaintiff, <br><br> v. <br><br> CT MEDIA, LLC, et al, <br><br> Defendant. | 23 Civ. 10338 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the case management conference previously scheduled for January 9, 2025, is ADJOURNED to January 10, 2025, at 3:00 p.m.  The conference will be held via Microsoft Teams.  The parties are advised that the Conference ID has changed.  The parties should join the conference by calling (646) 453-4442 and entering the Phone Conference ID: 196 423 038, followed by the pound (#) sign.

SO ORDERED.

Dated: January 3, 2025
New York, New York

_____
DALE E. HO
United States District Judge