UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adomni, Inc.,<br>Plaintiff,<br>v.<br>CT Media, LLC,<br>Defendants. | 23-CV-10338 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the Final Pretrial Conference is ADJOURNED to Wednesday, December 9, 2026 at 2:00 p.m. in Courtroom 905.

SO ORDERED.

Dated: August 7, 2026
New York, New York

DALE E. HO
United States District Judge