COWAN LIEBOWITZ & LATMAN

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

August 27, 2026

**VIA ECF**

Hon. Dale E. Ho
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

Re: Adomni, Inc. v. ClearTrust Media LLC et al., 23-cv-10338 (S.D.N.Y.)

Dear Judge Ho:

We represent Plaintiff Adomni, Inc. ("Adomni") in the above-referenced action. We write to request that the Court order ECF No. 100 filed by Adomni today in response to the Court's order of today (ECF No. 99) sealed. In making the original filing, Adomni mistakenly failed to redact portions of Exhibit II (Exhibits A and B to the requests for admission contained therein) that were supposed to remain under seal pursuant to Adomni's sealing request (ECF No. 96) and the Court's order approving same (ECF No. 99). Adomni has re-filed a corrected version (ECF No. 102) that contains only those exhibits for which confidentiality designations had been removed in Adomni's sealing request.

We thank the Court for its attention to this matter and apologize for any inconvenience caused by this error.

Respectfully,

Richard S. Mandel

cc: All Counsel of Record (via ECF)

**Application GRANTED. The Clerk of Court is respectfully directed to seal ECF No. 100 and terminate ECF No. 103.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 27, 2026
New York, New York

32240/003/7132112