UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adomni, Inc., Plaintiff, v. CT Media, LLC, et al., Defendants. | 23-CV-10338 (DEH) ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Defendants' Letter, ECF No. 109, and Plaintiff's Response to Defendants' Letter, ECF No. 112. Taken together, the letters inform the Court that the parties agree that Counts I and II should be dismissed with prejudice in light of newly disclosed documents, but that the parties disagree as to the proper course of action for any attempt from Defendants to seek sanctions over Plaintiff's failure to produce the newly disclosed documents sooner.

By no later than **November 20, 2026**, the parties are directed to file a stipulation of dismissal for the claims they agree should be dismissed with prejudice, and to confer and submit a joint status letter. The joint status letter should: (1) set forth both parties' positions regarding the impact of the dismissal on the scope and anticipated length of trial; (2) state Plaintiffs' position on Defendants' request that they be barred from "pursu[ing] Client-related damages withdrawn in connection with that dismissal or repackag[ing] its abandoned trade-secret claims as part of its remaining tortious-interference claim," ECF No. 109, at 4; and (3) propose a briefing schedule—

or, if the parties disagree, competing briefing schedules from each party—on Defendants' anticipated sanctions motion, including (if necessary) a proposed hearing date.

SO ORDERED.

Dated: November 16, 2026
New York, New York

DALE E. HO
United States District Judge